**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADAM EHRLICH, et. al. | : | Civil Action No.: 2:25-cv-04620 |
| *Plaintiffs,* | : | |
| v. | : | |
| THE PHILADELPHIA INQUIRER et. al., | : | |
| *Defendants.* | : | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSITION BRIEF**

Plaintiffs, by and through undersigned counsel, respectfully submit this Notice of Withdrawal concerning Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF Doc. 32, 32-1).

1. Following further review of the Opposition, including review undertaken after the filing of Plaintiffs' Notice of Correction and Partial Retraction Pursuant to Federal Rule of Civil Procedure 11(b) (ECF Doc. 34), counsel has determined that the Opposition contains citation and quotation issues beyond those previously identified.

2. In order to ensure the accuracy of the record and to comply fully with counsel's obligations under Federal Rule of Civil Procedure 11, Plaintiffs hereby withdraw the Opposition in its entirety.

3. This withdrawal is made voluntarily and in good faith so that no filing containing inaccurate citations, quotations, or characterizations remains before the Court.

4. Plaintiffs do not concede the merits of Defendants' Motion to Dismiss and reserve all substantive arguments and claims asserted in the Complaint.

Respectfully submitted,

**THE LAW OFFICES OF
DANIEL A. PALLEN, P.L.L.C.**

Daniel A. Pallen, Esquire
PA Attorney ID: 207001
114 West Front Street
Media, PA 19063
(484) 550-7542
(484) 550-7532 *fax*