## CERTIFICATE OF SERVICE

I, Daniel A. Pallen, Esquire, do hereby certify that on the 11th day of May 2026 that I served upon the parties below a true and correct copy of the within "Notice of Withdrawal of Opposition Brief." Service upon interested parties and counsel was made *via* CM/ECF, First Class Mail (postage prepaid), and *via* electronic mail at the below-listed addresses*:*

Michael Berry, Esquire
Elizabeth Seidlin-Bernstein
**BALLARD SPAHR LLP**
1735 Market Street – 51st Floor
Philadelphia PA 19103-7599

*Counsel for Defendants, The Philadelphia Inquirer LLC*
*Samantha Melamed, Max Marin, Michelle Myers*
*Anton Kluesener and Dylan Purcell*

Dated:  May 11, 2026                    By: _____
                                                      Daniel A. Pallen