**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ADAM EHRLICH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No.: 2:25-CV-04620-MRP** |
| | : | |
| **v.** | : | |
| | : | |
| **THE PHILADELPHIA INQUIRER, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants The Philadelphia Inquirer LLC, Samantha Melamed, Max Marin, Michelle Myers, Anton Klusener, and Dylan Purcell (collectively, the "Inquirer") hereby appeal to the United States Court of Appeals for the Third Circuit from the Opinion and Order entered in this action on June 17, 2026 (ECF Nos. 37 and 38), which denied the Inquirer's motion to dismiss in part and, as a result, denied the Inquirer immunity under Pennsylvania's Uniform Public Expression Protection Act, 42 Pa.C.S. § 8340.11 *et seq.*

Dated: July 16, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Michael Berry*
    Michael Berry
    berrym@ballardspahr.com
    Elizabeth Seidlin-Bernstein
    seidline@ballardspahr.com
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone: 215.665.8500
    Facsimile: 215.864.8999

*Counsel for Defendants The Philadelphia Inquirer LLC, Samantha Melamed, Max Marin, Michelle Myers, Anton Klusener, and Dylan Purcell*

2