## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM EHRLICH, et al.,** : | |
| : | |
| **Plaintiffs,** : | **Civil Action No.: 2:25-CV-04620-MRP** |
| : | |
| **v.** : | |
| : | |
| **THE PHILADELPHIA INQUIRER, LLC,** : **et al.,** | |
| : | |
| **Defendants.** : | |

## <u>MOTION FOR STAY PENDING APPEAL</u>

Defendants The Philadelphia Inquirer LLC, Samantha Melamed, Max Marin, Michelle Myers, Anton Klusener, and Dylan Purcell (collectively, the "Inquirer") hereby move for a stay of all proceedings pending the Inquirer's appeal of this Court's June 16, 2026 Memorandum and Order (ECF Nos. 37, 38) denying the Inquirer's motion to dismiss in part and denying it immunity under Pennsylvania's Uniform Public Expression Protection Act, 42 Pa. C.S. § 8320.1 *et seq.* In support of its Motion, the Inquirer relies on the accompanying Memorandum of Law.

WHEREFORE, the Inquirer respectfully requests that the Court enter an order granting its Motion for a stay.

Dated: July 21, 2026                     Respectfully submitted,

                                         BALLARD SPAHR LLP

                                         By:  */s/ Michael Berry*
                                              Michael Berry
                                              berrym@ballardspahr.com
                                              Elizabeth Seidlin-Bernstein
                                              seidline@ballardspahr.com
                                              1735 Market Street, 51st Floor
                                              Philadelphia, PA 19103-7599
                                              Telephone: 215.665.8500
                                              Facsimile: 215.864.8999

                                         *Counsel for Defendants The Philadelphia Inquirer*
                                         *LLC, Samantha Melamed, Max Marin, Michelle Myers,*
                                         *Anton Klusener, and Dylan Purcell*

2